### UNITED STATES of America, Plaintiff–Appellee,

v.

### Valentin HIDALGO–PERALTA, Defendant–Appellant.

No. 04–50383
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Valentin Hidalgo–Peralta, Texarkana, TX, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Counsel for Valentin Hidalgo–Peralta (Hidalgo) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hidalgo has not filed a response to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.